# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TEDDY MAGEE**  **CIVIL ACTION**

**VERSUS**  **NO. 18-3988**

**TIMOTHY HOPPER, WARDEN**  **SECTION "G"(3)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** the petition of Teddy Magee for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DISMISSED WITH PREJUDICE.**

**NEW ORLEANS, LOUISIANA,** this __31st__ day of December, 2019.

*Nannette Jolivette Brown*

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**